```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
L.L.,
                           Plaintiff(s)
                                                                    24 civ 7597 (JGK)
            -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
                           Defendant(s).
-------------------------------------------------------------X
```

## ORDER

The conference scheduled for Monday, January 27, 2025, at 12:00pm, is canceled.

**SO ORDERED.**

                                                               _____
                                                                   **JOHN G. KOELTL**
                                                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           January 21, 2025